IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT LOUIS ALLEN<br>TDCJ-CID NO.1153413,<br>　　　Petitioner, | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-06-2546 |
| NATHANIEL QUARTERMAN,<br>　　　Respondent. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on this 17th day of May, 2007.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE